# OSBORN LAW P.C.

**MEMO ENDORSED**

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

April 23, 2025

**VIA ECF**

Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     Re: *Joseph v. Commissioner of Social Security*
       <u>Civil Action No. 7:24-cv-08943-KMK-VR</u>

Dear Judge Reznik,

  We write on behalf of our client, Cindy Joseph, with the consent of the defense, to request a 21-day extension to file her motion for judgment on the pleadings which is currently due on April 28, 2025, per the Court's January 22, 2025 Order granting Extension of Time. This is the parties' second request for an extension.  Plaintiff's counsel needs additional time due to a heavy caseload in the next several weeks, an upcoming trial, and an upcoming Demurrer hearing.

  After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **May 19, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 18, 2025**; and

- Plaintiff to file her reply, if any, on or before:  **August 1, 2025.**

43 West 43rd Street, Suite 131   Telephone 212-725-9800   osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115   info@osbornlawpc.com

Honorable Victoria Reznik
April 23, 2025
Page Two


Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com


cc: Kristina Danielle Cohn, Esq. (by ECF)


Plaintiff's request is **GRANTED**, and the proposed briefing dates listed above are adopted.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 12.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 4/24/2025